**Robert E. Hicks, appellant, v. Weightstill Woods et al., appellees. Gen. No. 31,430.**

Trespass on the case to recover damages resulting from wrongful conspiracy. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Perley H. Bishop, for appellant. Weightstill Woods, for appellees; Cameron Latter, B. W. Rosenstone and Wilkie Clay Ham, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**William D. Murdock, appellant, v. Belle Dimsdale et al., appellees. Gen. No. 31,452.**

Appeal from order dismissing action on promissory note upon plaintiff declining to proceed after vacation of prior confession judgment. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

John H. Hill, for appellant. Rosenberg & Zimmerman, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

**Tytus Kochanski, appellee, v. Tony Plantz and Anna Plantz, appellants. Gen. No. 31,504.**

Action for damages for refusal to perform written contract for purchase of realty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

William S. Newburger, for appellants. George R. Fitzmaurice, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Herbert M. Sears et al., executors, defendants in error, v. City of Chicago, plaintiff in error. Gen. No. 30,335.**

Bill for accounting. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Francis X. Busch, Corporation Counsel, for plaintiff in error; Leon Hornstein and Ruth C. Nelson, Assistant Corporation Counsel, of counsel. Murray Nelson, Charles G. Little and Wm. H. King, Jr., for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.